**No. 57641.**—Barnett International Forwarders, Inc. *v.* United States, protest 210862–K (New York).

Opinion by OLIVER, C. J.  The protest was dismissed.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1953

**No. 57642.**—Roberts, Reilly & Sons *v.* United States, protest 191290–K (New York).

Opinion by LAWRENCE, J.  Inasmuch as rule 5 of the rules of the Customs Court provides that where there is no appearance by the moving party in a case when it is called "it shall be deemed submitted and shall be decided by the court on the record as it appears therein," the motion of the defendant was denied. However, from an examination of the papers in the case, the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector.  The protest was therefore overruled.

**No. 57643.**—The Byn Watch Co. *v.* United States, protest 191955–K (New York).

Opinion by LAWRENCE, J.  It appearing that the protest was not filed within the statutory period allowed by section 514, Tariff Act of 1930 (19 U. S. C. § 1514), the protest was dismissed.

**No. 57644.**—Reuben Honig *v.* United States, protest 205427-K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the involved merchandise consists of braids, wholly of synthetic textile, suitable for and actually used for making or ornamenting hats, bonnets, or hoods, the claim of the plaintiff was sustained.